Argued and submitted September 6, 1996, affirmed February 12, 1997

STATE OF OREGON,
*Appellant,*

*v.*

JOEL GRANT BRINSON,
*Respondent.*

(9509-2064M; CA A92177)

933 P2d 378

Ann Kelley, Assistant Attorney General, argued the cause for appellant. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Chris W. Dunfield, argued the cause and filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Affirmed. *State v. Hadley*, 146 Or App 166, 932 P2d 1194 (1997).